## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  08-90 (RJL) |
| v. | : | |
| | : | |
| TERRY WILLIAMS | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned for all

purposes to Assistant United States Attorney Charles Neil Floyd at telephone number (202) 305-

2195 and/or email address CharlesFloyd1@usdoj.gov  and that Assistant United States Attorney

David Saybolt  no longer represents the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No.: 498610


BY:    _____

CHARLES NEIL FLOYD
Assistant United States Attorney
Bar No. 97-219
555 4th Street, N.W.  Room 4243
Washington, DC 20530
CharlesFloyd1@usdoj.gov