UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:08-cr-00090-RJL |
| | : | Judge Richard Leon |
| TERRY WILLIAMS | : | Status Hearing: May 16, 2008 |
| | : | |
| Defendant. | : | |

## DEFENDANT'S PROPOSED VOIR DIRE

1. Does any member of the jury panel have any personal knowledge or know anything about the facts and circumstances of this case from any source?

2. Are any of you lawyers, law students, or have any of you ever studied law in the past including paralegal training? Do any of you presently have family, close friends or neighbors who are lawyers?

   a. If so, what areas of law have you or they practiced, studied or received training in?

3. Do any of you now, or have any of you in the past, ever worked for a law enforcement agency, such as the sheriff's department, police, FBI, DEA, CIA, IRS, GSA, Building Police, or as Special Police Officers? Have any of your close friends or relatives ever worked in this line of work?

   a. If your response is affirmative as to relatives or close friends, have you discussed with them the nature of their work, or cases they are familiar with?

   b. Would the fact that you, a relative or a friend is a lawyer, have studied law, or received legal training, or would your discussions with such a person affect your ability to follow the Court's instructions regarding the law to be applied in this case?

4.      One of the fundamental principles of our legal system is that when a person is brought before a Court and charged with a crime, that person is presumed innocent unless and until the government proves that he is guilty beyond a reasonable doubt. If you are selected as a juror in this case, will any of you have difficulty in accepting and applying the rule that Terry Williams has been arrested and indicted in this case and that he is presumed innocent unless the government proves that he is guilty beyond a reasonable doubt. Does the fact that Mr. Williams has been arrested and indicted make it difficult for any of you to presume that he is innocent?

5.      A corollary to this principle is that the government has the burden of proving that Mr. Williams is guilty. Since he is presumed innocent, he remains innocent unless the government is able to prove that he is guilty beyond a reasonable doubt. This burden of proof never shifts to the defendant. Is there anyone who is uncomfortable with this rule?

6.      Is there anyone who thinks that Mr. Williams should be required to prove his innocence?

7.      Is there anyone who believes that Mr. Williams should be required to testify in his case?

8.      Is there anyone who thinks that Mr. Williams must present witnesses?

9.      Have any of you ever worked in any court, the United States Attorney's Office, Office of a State's Attorney, or for the Justice Department. Do any of you presently have family, relatives, close friends or neighbors who work for, or in the past have worked for, any of these agencies?

   a.    If so, in what capacity?

   b.    Would your employment or that of a friend or relative affect your ability to render a fair and impartial verdict?

10. Have any of you ever served on a grand jury?

11. Have any of you previously served as a juror in a criminal case?

12. Have you ever had Billy L. Ponds, Esquire or Assistant United States Attorney Neal Floyd, Esquire as a lawyer in those cases?

13. Is there anyone here, because of the reported crime situation in the District of Columbia, think that his or her own fears or feelings would make it difficult to consider the evidence fairly in this case?

14. Are any of you active participants in crime prevention committees in the community?

15. Do any of you have such strong feelings about crimes involving controlled substances that would make it difficult to sit on this case?

16. (Approach the bench) Have any of you, your friends, neighbors, or relatives, known anyone who has had an unfortunate experience with any type of controlled substance? Describe who and what type of experience? How would this experience affect your ability to be fair and impartial?

17. Have any members of the jury panel, or your relatives or close friends, been a witness to, a victim of, or charged with a crime within the last five years?

a. If so, please approach the bench one at a time.

18. Finally, ladies and gentlemen, is there any other reason, or anything you have heard so far, which would make you feel uncomfortable sitting on this jury, or is there any other reason you wish to be excused?

                                            Terry Williams
                                            By Counsel

Respectfully submitted,

/s/
_____
Billy L. Ponds
The Ponds Law Firm
Bar No. 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant's Proposed Voir Dire was sent via electronic case management system and facsimile to Assistant United States Attorney Neal Floyd, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this 14th day of May 2008.

/s/
_____
Michelle Anapol