UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:08-cr-00090-RJL |
| | : | Judge Richard Leon |
| TERRY WILLIAMS, | : | Motions Hearing: July 11, 2008 |
| | : | |
| Defendant. | : | |

==============================

**UNOPPOSED MOTION TO CONTINUE THE MOTIONS HEARING**

Terry Williams, by and through undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, respectfully submits this Unopposed Motion to Continue the Motions Hearing and requests that this Court enter an order granting this motion. In support of this request, counsel states as follows:

Counsel for the government and defense are presently engaged in negotiations to resolve this case by a disposition. These negotiations are ongoing and will not be completed by the date scheduled for the motions hearing, July 11, 2008. For this Court's reference, one of the outstanding matters is due to the fact that the government is waiting to receive the drug analysis, including but not limited to, the weight of the drugs from the Drug Enforcement Administration. Assistant United States Attorney Neil Floyd has advised undersigned counsel that the above-noted information is needed in order to fashion a plea agreement in this case.

For the above-noted reasons, counsel for the government and the defense require additional time to finalize the afore-mentioned plea negotiations. Accordingly, in the interest of judicial economy, counsel respectfully requests that the Court vacate the July 11, 2008 motions hearing.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that the Court grant the Unopposed Motion to Continue the Motions Hearing.

Terry Williams
By Counsel

Respectfully submitted,

\_\_\_\_\_/s/_____
Billy L. Ponds

The Ponds Law Firm
Bar Number: 379883
3218 O Street, N.W
Suite Two
Washington, D.C. 20007
(202) 333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Unopposed Motion to Continue the Motions Hearing was sent via electronic case management system and facsimile to Charles Neil Floyd, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, D.C. 20530 on this 10th day of July 2008.

\_\_\_\_\_/s/_____
Billy L. Ponds

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No.: 1:08-cr-00090-RJL** |
| | : | **Judge Leon** |
| **TERRY WILLIAMS,** | : | **Motions Hearing: July 11, 2008** |
| | : | |
| | : | |
| **Defendant.** | : | |

==============================

## ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Motions Hearing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2008,

ORDERED, that the Unopposed Motion to Continue the Motions Hearing is hereby GRANTED,

AND IT FURTHER ORDERED, that the July 11, 2008 motions hearing in the above-captioned case is hereby VACATED.

_____
JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C. 20007

       Charles Neil Floyd
       Assistant United States Attorney
       Office of the United States Attorney
       555 4th Street, NW
       Washington, D.C. 20530